## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE BLACK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:19-cv-12947-VAR-RSW |
| | ) |
| HARLEY-DAVIDSON FINANCIAL SERVICES, INC., | ) ) |
| | ) |
| Defendant. | ) |

### NOTICE OF SETTLEMENT

Plaintiff, CATHERINE BLACK, ("Plaintiff"), through her attorney, Agruss Law Firm, LLC, informs this Honorable Court that the Parties have reached a settlement in this case. Plaintiff anticipates dismissing this case, with prejudice, within 60 days.

RESPECTFULLY SUBMITTED,

February 17, 2020        By: /s/ Michael S. Agruss
                             Michael S. Agruss
                             SBN: 6281600
                             Agruss Law Firm, LLC
                             4809 N. Ravenswood Ave.
                             Suite 419
                             Chicago, IL 60640
                             Tel: 312-224-4695
                             Fax: 312-253-4451
                             michael@agrusslawfirm.com
                             Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on February 17, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael Agruss
Michael Agruss