UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Catherine Black,

    Plaintiff(s),

vs                                                        Case No: 19-12947
                                                           Honorable Victoria A. Roberts

Harley Davidson Financial Services, Inc.

    Defendant(s),
_____/

## **ORDER OF DISMISSAL**

    The parties advised the Court that they amicably resolved their differences. Accordingly,

    This case is DISMISSED. The Court retains jurisdiction for purposes of enforcing the settlement.

    IT IS ORDERED.

                                                             S/ Victoria A. Roberts
                                                            Victoria A. Roberts
                                                            United States District Judge

Dated: 2/20/2020