## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| CATHERINE BLACK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:19-cv-12947-VAR-RSW ) |
| HARLEY-DAVIDSON FINANCIAL SERVICES, INC., | ) ) ) |
| Defendant. | ) ) |

### **STIPULATION TO DISMISS**

Plaintiff, CATHERINE BLACK, and Defendant, HARLEY-DAVIDSON FINANCIAL SERVICES, INC., through their respective counsel below, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate to dismiss this case, with prejudice, both sides to bear their own fees and costs.

By: /s/ Michael S. Agruss
Michael S. Agruss
Agruss Law Firm, LLC
4809 N. Ravenswood Ave, Suite 419
Chicago IL 60640
Tel: 312-224-4695
Fax: 312-253-4451
michael@agrusslawfirm.com
Attorney for Plaintiff

By: /s/Blaec C. Croft
Blaec C. Croft
McGuire Woods, LLP
Tower Two-Sixty
260 Forbes Avenue, Ste 1800
Pittsburgh PA 15222
bcroft@mcguirewoods.com
Attorney for Defendant

1

## **CERTIFICATE OF SERVICE**

I certify that on March 9, 2020, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

By: /s/ Michael Agruss
Michael Agruss